Cynthia Alexander, Esq.
Nevada Bar No. 6718
Aaron D. Ford, Esq.
Nevada Bar No. 7704
Justin R. Cochran, Esq.
Nevada Bar No. 11939
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: calexandder@swlaw.com
       aford@swlaw.com
       jcochran@swlaw.com

*Attorneys for Defendants Wells Fargo Bank, N.A. d/b/a America's Servicing Company, sued here as America's Servicing Company, and Mortgage Electronic Registration Systems, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN W. WITTRIG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF NEVADA; FIRST AMNERICAN TITLE INSURANCE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. [MERS]; QUALITY LOAN SERVICE CORP.; AMERICA'S SERVICING COMPANY; LSI TITLE AGENCY, INC.; ROBERT STONE; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-3; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, partnerships, or anyone claiming any right, title, estate, lien or interest in the real property described herein.<br><br>　　　　　Defendant. | Case No. 3:11-CV-00131-ECR-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**<br><br>(First Request) |

13856664

Pursuant to LR 26-4, the parties, by and through their respective counsel of record, and for good cause shown, hereby stipulate to extend the time to complete discovery as set forth below.

**(a) Discovery Completed**

Plaintiff John W. Wittrig ("Plaintiff") served his initial disclosures on September 12, 2011. Defendants Wells Fargo Bank, N.A. d/b/a America's Servicing Company, sued here as America's Servicing Company ("Wells Fargo") and Mortgage Electronic Registration Systems, Inc., ("MERS") served their initial disclosures on August 31, 2011, and Defendants Quality Loan Service Corporation ("Quality") and LSI Title Agency, Inc. ("LSI") (collectively, "Defendants") served their initial disclosures on August 26, 2011. Additionally, Wells Fargo and MERS propounded the following written discovery requests on September 1, 2011: Request for Admissions, Request for Production of Documents, and Interrogatories ("Requests"). Plaintiff responded to those Requests on September 21, 2011.

**(b) Discovery Remaining to be Completed**

Plaintiff's deposition is currently set for October 10, 2011, however, due to a scheduling conflict, Plaintiff's counsel is no longer available on that day. The Parties will continue to work together to find a mutually agreeable date for Plaintiff's deposition.

**(c) Reasons Why Discovery was not Completed**

Defendants and Plaintiff submit to the Court that good cause exists to extend the discovery deadline. On March 7, 2011, Quality filed a Motion to Dismiss. Additionally, Wells Fargo and MERS filed their Motion to Dismiss Plaintiff's Complaint to Quiet Title and other Equitable Relief and to Expunge Lis Pendens ("Motion to Dismiss") on April 15, 2011. To date, the Court has not made a ruling on either of the Motions to Dismiss. Because the Motions to Dismiss have not yet been ruled on at this juncture, the Parties wish to preserve Defendant's ability to take Plaintiff's deposition. The Court will need time to review the briefing on these Motions, thus the Parties believe that good cause exists to grant a continuance of discovery and dispositive motion deadlines, based on the aforementioned.

Moreover, Plaintiff's counsel recently advised Wells Fargo and MERS' counsel that he would be unable to attend the deposition, noticed on September 7, 2011, for October 10, 2011.

13856664

1 And because Wells Fargo and MERS' counsel begin trial on October 18, 2011, the deposition cannot be scheduled within the next few weeks. These events, combined with the pending Motions to Dismiss, prompted counsel to request this discovery extension.

The extension of discovery deadlines will not affect the trial date; therefore, the Court will not need to issue a new scheduling order.

### (d) Proposed Schedule for Completing Remaining Discovery

Defendants and Plaintiff propose that the discovery cut-off date be moved from October 12, 2011, to **December 12, 2011** to allow for the taking of Plaintiff's deposition only. The parties further propose that the cut-off date by which dispositive motions shall be filed be moved from November 11, 2011 to **January 11, 2012**. Lastly, Defendants and Plaintiff propose that the date to file the Pretrial Order be moved from December 12, 2011 to **February 10, 2012.**

### (e) Conclusion

The parties respectfully submit that the parties need additional time to conduct Plaintiff's deposition and await the Court's decision on the Motions to Dismiss. The reasonable extension sought will not impact the trial because a trial date has not yet been set. As such, the parties respectfully request that the Court amend its current Scheduling Order to accommodate the reasonable extension requested above.

DATED: October 7, 2011

LAW OFFICE OF RICK LAWTON

By: /s/ Rick Lawton
    Rick Lawton, Esq.
    1460 US Highway 95A N., #1
    Fernley, Nevada 89408-4604

*Attorney for Plaintiff*

DATED: October 7, 2011

SNELL & WILMER L.L.P.

By: /s/ Justin Cochran
    Cynthia L. Alexander, Esq.
    Aaron D. Ford, Esq.
    Justin R. Cochran, Esq.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendants Wells Fargo Bank, N.A. d/b/a America's Servicing Company, sued here as America's Servicing Company and Mortgage Electronic Registration Systems, Inc*

13856664

DATED: October 7, 2011

MCCARTHY & HOLTHUS LLP

By: /s/ Christopher Hunter
    Kristin A. Schuler-Hintz, Esq.
    Christopher M. Hunter, Esq.
    9510 W. Sahara Avenue, Suite 110
    Las Vegas, Nevada 89117

*Attorneys for Defendants Quality Loan Service Corporation and LSI Title Agency, Inc.*

## ORDER

IT IS SO ORDERED. *This is the final extension of the scheduling order. VPC*

1. The new discovery cut-off date shall be December 12, 2011 and shall be used to take Plaintiff's deposition only.

2. The new deadline to file dispositive motions shall be January 11, 2012.

3. The new deadline to file the pretrial order shall be February 10, 2012.

Dated this 14 day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

SNELL & WILMER L.L.P.

By: /s/ Justin R. Cochran
    Cynthia L. Alexander, Esq.
    Aaron D. Ford, Esq.
    Justin R. Cochran, Esq.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendants Wells Fargo Bank, N.A. d/b/a America's Servicing Company, sued here as America's Servicing Company and Mortgage Electronic Registration Systems, Inc.*

13856664